HONORABLE FRED VAN SICKLE

ROBERT A. DUNN
MICHAEL R. TUCKER
DUNN & BLACK, P.S.
111 North Post, Ste. 300
Spokane, WA 99201-0907
Telephone: (509) 455-8711

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TRC TIRE SALES, LLC, a Washington limited liability company,<br><br>          Plaintiff,<br><br>  v.<br><br>EXTREME TIRE & SERVICE, INC., a Louisiana corporation,<br><br>          Defendant. | NO. CV-08-015-FVS<br><br>**ORDER OF DISMISSAL** |

This matter having come before the Court upon the Stipulated Motion for Order of Dismissal; the Court having reviewed and considered the pleadings and files of record filed herein; now, therefore,

IT IS HEREBY ORDERED:

1. The Motion for Order of Dismissal (Ct. Rec. 32) is granted.

ORDER OF DISMISSAL - 1

**Dunn & Black**
A Professional Service Corp.

111 North Post, Suite 300
Spokane, WA 99201
VOICE: (509) 455-8711 • FAX: (509) 455-8734

2. The above-entitled case is dismissed with prejudice and without attorney fees or costs to any party.

DONE this __9th__ day of __December_____, 2008.

                                        s/ Fred Van Sickle
                               THE HONORABLE FRED VAN SICKLE

Presented By:

DUNN & BLACK, P.S.

s/ MICHAEL R. TUCKER
ROBERT A. DUNN, WSBA #12089
MICHAEL R. TUCKER, WSBA #38005
Attorneys for Plaintiff

ORDER OF DISMISSAL - 2

**Dunn & Black**
A Professional Service Corp.

111 North Post, Suite 300
Spokane, WA 99201
VOICE: (509) 455-8711 • FAX: (509) 455-8734